4-28-20

Attention Clerk

Enclosed is a petition for a Habeas Corpus under 28 U.S.C. § 2241 & a copy of the petition. Could you file stamp it & return it to me, a copy.

Thank you

SCANNED at and Emailed
4/29/2020 by DMC 21 pages
date     initials   No.

Mecca allah Shakur
Mecca allah Shakur
Ronnie Hinton #17150

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

Ronnie Hinton
_Petitioner_

v.

Ct. Commissioner of Corrections
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. 3:20 cv 00584-AWT
(Supplied by Clerk of Court)

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
**Personal Information**

1. (a) Your full name: Ronnie Andree Hinton
   (b) Other names you have used: Mecca Allah Shakur
2. Place of confinement:
   (a) Name of institution: Corrigan Correctional Center
   (b) Address: 986 Norwich-New London Tpke, Uncasville, Ct. 06382
   (c) Your identification number: 171513
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Hartford Superior Court, 101 Lafayette St., Hartford, Ct. 06106
   (b) Docket number of criminal case: HHD-CR89-0374116-T
   (c) Date of sentencing: May 2, 1991
   ☐ Being held on an immigration charge
   ☐ Other (explain):

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Hartford Superior Court
   (b) Docket number, case number, or opinion number: HHD-CR89-0374116-T
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): My Sentence to life without parole. Miller v. Alabama, 567 U.S. 460 (2012) made these sentences illegal Retroactively.
   (d) Date of the decision or action: May 2, 1991

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes        ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☐ No

   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☑ Yes          ☐ No
    If "Yes," answer the following:
    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
          ☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    If "Yes," provide:
    (1) Date of filing: _____
    (2) Case number: _____
    (3) Result: _____
    (4) Date of result: _____
    (5) Issues raised: _____

  (d)  Did you appeal the decision to the United States Court of Appeals?
    ☐ Yes    ☐ No
    If "Yes," provide:
    (1) Name of court: _____
    (2) Date of filing: _____
    (3) Case number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** My sentence is excessive in violation of the proportionality clause of the Eighth Amendment to the United States Constitution.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I am sentenced to life without parole & 100 years. My crimes occured when I was under the age of 18 (17 years old). A new sentencing hearing is an appropriate remedy for Miller violations. The state has not given me one. There is no sentencing guidelines just for youths offenders convicted of homicide.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** Connecticut sentencing and punishment scheme as today still disregard the circumstances of the offenses the petitioner was charged with and his character, and his propensities.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The state legislature has had 8 years to create sentencing guidelines for juveniles (youths) convicted of homicide and have failed to do so. Even after the decision in Miller there are no guidelines just for youths as to what is an appropriate maximum sentence should be or minimum.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** I am being denied Equal protection of law in violation of the 14th Amendment to the United States Constitution.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
If I am Resentenced to a number(ed) sentence, I would have earned well over 10 years towards my release for good time credits. This would give me over 40 years in prison as a teen. This would further booster the idea that I should gain an opportunity for release immediately. Because I have not been resentenced my good time doesn't apply.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes       ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: The Remedy under State Law is inadequate because in 8 years since the passing of Miller v. Alabama the state legislature has failed to approve sentencing guidelines just for juvenile(s) offenders (youths) charged with homicide. There has been NO MAXIMUM sentence established NOR MINIMUM.

**Request for Relief**

15. State exactly what you want the court to do: Resentence me to an appropriate sentence that reflects my age at the time of the offense and propensity to change.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
April 28th, 2020

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _____   _____Ronnie Hinton / Herman allen Shelton_____
                                  Signature of Petitioner

                                  _____
                                  Signature of Attorney or other authorized person, if any