UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
RONNIE HINTON,                      :
     Petitioner,                    :
                                    :
     v.                             :  Case No. 3:20CV584 (AWT)
                                    :
CONNECTICUT COMMISSIONER OF         :
CORRECTIONS,                        :
     Respondent.                    :
```

**ORDER**

The petitioner, Ronnie Hinton, is currently confined at Corrigan Correctional Institution. He filed this action pro se for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 to challenge his 1991 state court sentence of life without parole. See Pet. Writ. Habeas Corpus, ECF No. 1, at 2-3.

"A motion pursuant to [section] 2241 generally challenges the *execution* of a federal prisoner's sentence, including such matters as the administration of parole, computation of a prisoner's sentence by prison officials, prison disciplinary actions, prison transfers, type of detention and prison conditions." Jiminian v. Nash, 245 F.3d 144, 146 (2d Cir. 2001) (citations omitted). The petitioner seeks to challenge his state court conviction on the ground that his sentence is disproportionate or excessive. Thus, the petitioner should have

filed his petition on a section 2254 form.  See 28 U.S.C. § 2254 ("[A] district court shall entertain an application for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a State court. . . .").  Furthermore, Local Rule 8(b) requires that petitions for writ of habeas corpus be filed on court forms.

The court directs the petitioner to file an amended petition for writ of habeas corpus on a section 2254 court form within thirty (30) days from the date of this order.  **The Clerk is directed to send the petitioner a copy of this order, a copy of the petition, [ECF No. 1], and an amended section 2254 habeas corpus petition form.**

If the petitioner chooses not to file an amended petition within the time specified, the case will be dismissed without further notice from the court.

It is so ordered.

Signed this 1st day of May, 2020, at Hartford, Connecticut.

　　　　　　　　　　　　　　　　　_____/s/AWT_____
　　　　　　　　　　　　　　　　　       Alvin W. Thompson
　　　　　　　　　　　　　　　　　United States District Judge